7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Dustin J Belcher and Andrea N Belcher
*Debtor*

**J. Kevin Checkett**
    Plaintiff(s)

v.

**The All Services Exchange DBA Military Star Card**
    Defendant(s)

*Bankruptcy Case No.*
12−60880−abf7

*Adversary Case No.*
12−06065−abf

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

**IT IS ORDERED AND ADJUDGED**: That judgment is entered in favor of Plaintiff, J Kevin Checkett and against Defendant, The All Services Exchange dba Military Star Card in the Sum of $6,292.00, plus the costs of this action.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 4/2/13

Court to serve