7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Dustin J Belcher and Andrea N Belcher
*Debtor*

*Bankruptcy Case No.*
12−60880−abf7

**J. Kevin Checkett**
 Plaintiff(s)

*Adversary Case No.*
12−06065−abf

v.

**(AAFES) Army and Air Force Exchange Service**
 Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment is hereby entered in favor of the Plaintiff, J. Jevin Checkett, Trustee in Bankruptcy, and against the Defendant, Army and Air Force Exchange Service in the amount of $6,292.00, plus the costs of this action.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
 Deputy Clerk

Date of issuance: 3/25/14

Court to serve